## THIRD DEPARTMENT, DECEMBER TERM, 1886.*

The American Society for the Prevention of Cruelty to Animals, Respondent, v. The City of Cohoes, Appellant. — Motion to go to the Court of Appeals denied.

Caroline W. Lawrence and others, Respondents. v. The Saratoga Lake Railway Company, Appellants.— Judgment affirmed, with costs. Opinion by Learned, P. J.

Frank A. Cantwell, Appellant, v. Michael L. Burke and Willard Collins, Respondents. — Judgment reversed, new trial granted, costs to abide event. Opinion by Landon, J.

Mary McGrath, Respondent, v. The Metropolitan Life Insurance Company, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

J. Townsend Burden, Respondent, v. James A. Burden and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Hubbard J. Goodrich, Appellant, v The New York Central and Hudson River Railroad Company, Respondent. — Motion for new trial denied and judgment ordered for defendant. Opinion by Learned, P. J.

Lizzie Payne and others, Respondents, v. The Mutual Relief Society of Rochester, New York, Appellant. — Judgment affirmed, with costs. — Opinion by Bockes, J.

Mary Duel, Respondent, v. John L. Getman, Appellant. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

John A. Thompson, Respondent, v. Rowland N. Hazard and Stephen F. Moriarty, Appellants.— Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Landon, J.

John R. Freer, Respondent, v. Henry J. Budington, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

Jacob I. Signer, Respondent, v. Alvah S. Newcomb, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

William H. Dedrick and William H. Burgess, Respondents, v. Richard H. Leonard, Appellant. — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Learned, P. J.

Gilbert Cronk, Appellant, v. Charles M. Barlow, Respondent. — Judgment of County Court affirmed, with costs. Opinion by Learned, P. J.

Perqua v. Perqua. — Former motion opened and motion reheard. Former order vacated and original motion denied and stipulation under former order vacated.

## SECOND DEPARTMENT, DECEMBER TERM, 1886.

William Le Count, Appellant, v. Sarah E. Greenley, Respondent. — Order granting new trial affirmed, with costs. Opinion by Barnard, P. J.

Ann C. Clark, Plaintiff, v. Brooklyn Elevated Railroad Company. Defendant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Fidelia R. Manning, Plaintiff, v. John B. Sweeting, Defendant. — Judgment affirmed upon plaintiff's appeal. Part of judgment appealed from by defendant affirmed, without costs to either party on either appeal. Opinion by Barnard, P. J.

The People of the State of New York ex rel. Mary C. Gibson, Respondent, v. The Board of Assessors of the Town of Flushing, Appellant. — Order reversed, with fifty dollars costs of appeal. Opinion by Barnard, P. J.

Maria Thornton and another, Executors, etc., Respondents, v. Isaac Harris and Others, Appellants.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Dyckman Odell, Respondent, v. Isaac Buckhout, as Executor, etc., Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Sylvester S. Mangam and Others, as Executors, etc., Respondents, v. Richard W. Peck, Appellant. — Judgment affirmed, with costs Opinion by Dykman, J.; Pratt, J., not sitting.

James Sweet, Plaintiff, v. John H. Ross, Defendant.—Judgment affirmed for non-submission of papers under order. Pratt, J., not sitting.

Catherine T. Malloy, Respondent, v. The Town of Pelham, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Frances W. Pettengill, Plaintiff, v. City of Yonkers, Defendant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Thomas Halpin, Respondent, v. Phœnix Insurance Company, Appellant.--Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

John Schenck, Respondent, v. George Ringler and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

John J. Barton, Respondent, v. William Govan, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Mary A. Ross, Appellant, v. John Duffy, Sheriff, etc., Respondent.—Order reversed, with costs and disbursements, and motion denied. Opinion by Pratt, J.; Dykman, J., not sitting.

Julius Marcile, Respondent, v. Auguste Saltzman, as Executor, etc.. Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

William H. Odell, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Matter of Application of Henry M. Elliott.-- Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Alexander B. Hudson, Respondent, v. Cornelius J. Kowing, Appellant.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The Importers and Traders' National Bank and others, Respondents, v. Clarence Perine and others, Appellants. — Order refusing extra allowance affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Matter of Last Will of Abijah S. Feeks. — Decree of surrogate reversed, without costs of